

# THE FIRM

The law firm of Berman DeValerio Pease Tabacco Burt & Pucillo prosecutes class actions nationwide on behalf of victims of securities and antitrust law violations. Founded in 1982, Berman DeValerio has 34 attorneys in offices in Boston, San Francisco, and West Palm Beach. The firm holds leadership positions in dozens of securities and antitrust actions around the country.

The attorneys at Berman DeValerio have prosecuted hundreds of class actions on behalf of defrauded individuals and institutions, recovering billions of dollars overall for clients. In addition to the financial recoveries, the firm has achieved significant changes in corporate governance.

The firm acts as monitoring, evaluation, and/or litigation counsel to more than 35 public pension funds, including some of the nation's largest. In antitrust matters, the firm's institutional clients include the State of Florida and Aetna U.S. Healthcare, Inc.

# RESULTS

## Securities Settlements

The firm has negotiated substantial settlements for its clients. The following is a sample of significant results in securities litigation:

Berman DeValerio acted as sole lead counsel in a case against Enterasys Networks, Inc., in which the Los Angeles County Employees' Retirement Association was lead plaintiff. In Re: Enterasys Networks, Inc. Securities Litigation, 02-CV-71 (D.H.H.) settled in October 2003 for $17 million in cash, stock valued at $33 million, and major corporate governance improvements that opened the computer networking company to greater public scrutiny. Changes included requiring the company to back a proposal to eliminate its staggered board of directors, allowing certain large shareholders to propose candidates to the board, and expanding the company's annual proxy disclosures. The settlement received court approval in December 2003.

In In Re: Warnaco Group, Inc. Securities Litigation, 00civ6266 (LMM) (S.D.N.Y.), the firm negotiated a $12.85 million settlement against several current and former top officers of the company. The firm represents the Fresno County Employees Retirement Association, a co-lead plaintiff in the case. The settlement is awaiting final approval.

The firm represented the Florida State Board of Administration as co-lead plaintiff in In Re: Sykes Enterprises, Inc. Sec. Litig., Case No. 8:00-CV-212-T-26F (M.D. Fla.), in which Sykes Enterprises was accused of using improper means to match the company's earnings with Wall Street's expectations. The firm negotiated a $30 million settlement, which received final approval in March 2003.

The firm served as co-lead counsel in In Re: Thomas & Betts Securities Litigation, Civil Action No. 2:00cv2127 (JPM) (W.D. Tenn.), which settled in part for $46.5 million in 2002. Plaintiffs in this action had accused the company and other defendants of issuing false and misleading financial statements for 1996, 1997, 1998, 1999 and the first two quarters of 2000. The case against KPMG, the company's auditor, is ongoing.

A member of the executive committee representing plaintiffs, Berman DeValerio secured a $45 million settlement in Giarraputo v. UNUMProvident Corp., cv99-301-P-C (D. Me.), a lawsuit stemming from the 1999 merger that created UNUMProvident. Shareholders of both predecessor companies accused the insurer of misleading the public about its business condition before the merger. The settlement received final approval in June 2002.

In In Re: Critical Path, Inc. Securities Litigation, C-01-0551-WHA (N.D. Ca.), the firm negotiated a $17.5 million recovery to settle claims of accounting improprieties at a California software development company. The Firm, representing the Florida State Board of Administration, was appointed sole lead counsel in August of 2001. Allegations of serious fraud arose shortly after the spectacular collapse of Critical Path's stock price and certain former officers were indicted for stock fraud. The difficulties facing the lead plaintiff related to marshalling all available resources to secure a recovery for the class as Critical Path teetered on bankruptcy. Following arduous negotiations, the case settled for $17.5 million. The settlement was approved in June 2002.

As one of co-lead counsel in In Re: Molten Metal Technology Inc. Sec. Litig., No. 97-10325-MLW(D. Mass.) and Axler v. Scientific Ecology Group, Inc., et al., No. MLW (D. Mass.), the Boston office played a key role in settling the actions after Molten Metal and several affiliates filed a petition for bankruptcy reorganization in Massachusetts. The individual defendants and the insurance carriers in Molten Metal agreed to settle for $11.91 million. After the bankruptcy trustee objected to the use of insurance proceeds for the settlement, the parties agreed to pay the trustee $1.325 million of the Molten Metal settlement. The parties also agreed to settle claims against Scientific Ecology Group for $1.25 million, giving Molten Metals investors $11.835 million.

In In Re: Interspeed, Inc. Sec. Litig., 00-CV-12090-EFH (D. Mass.), the Boston office served as co-lead counsel and negotiated a $7.5 million settlement on behalf of the class. The settlement was reached in an early stage of the proceedings largely as a result of the financial condition of Interspeed and the need to salvage a recovery from its available assets and insurance.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

In <u>In re Avant, Sec. Litig.</u>, 96 CV 20132 (N.D. Cal.), Avant!, a software company, was charged with securities fraud in connection with its alleged theft of a competitor's software code, which Avant! incorporated into its flagship software product. Serving as lead counsel, the Firm recovered $35 million for the class. The recovery resulted in each eligible class claimant receiving almost 50% of losses net of attorneys' fees and expenses.

The Boston office, as co-lead counsel in <u>In Re: Summit Technology Sec. Litig.</u>, No. 96-11589-JLT (D. Mass.), negotiated a settlement consisting of $10 million for the benefit of the class. The action was intensely litigated for four years, resulting in motion practice on the adequacy of the complaint and the issue of class certification, the review and analysis of over a million pages of documents produced by the defendants and 40 third-party witnesses, the depositions of 40 witnesses, the exchange of nine expert reports and the filing of and responding to nine motions for summary judgment.

<u>In Re: Prison Realty Sec. Litig.</u>, 3:99 CV 0452 (<u>In Re: Old CCA Sec. Litig.</u>) 3:99 CV 0458 (M.D. Tenn.). The Firm represented the former shareholders of Corrections Corporation of America, which merged with another company to form Prison Realty Trust, Inc. The action charged that the registration statement issued in connection with the merger contained untrue statements. The Firm successfully countered arguments that the class' claims for securities fraud were released in prior litigation involving the merger and overcame motions to dismiss. It negotiated a global settlement of approximately $120 million in cash and stock for this case and other related litigation.

The Boston office served as co-lead counsel in <u>Gelfer v. Pegasystems, Inc., et al.</u>, 98 CV 12527 (D. Mass.) and negotiated a settlement valued at $12.5 million consisting of $4.5 million in cash and $7.5 million in shares of the company's stock or cash at the company's option.

In <u>In Re: Sybase II, Sec. Litig.</u>, C-98-0252-CAL (N.D. Cal.), Sybase was charged with inflating its quarterly financial results by improperly recognizing revenue at its wholly owned subsidiary in Japan. Acting as co-lead counsel, attorneys in the California office obtained a $28.5 million settlement.

In <u>In Re: UCAR International, Inc. Sec. Litig.</u>, 98-CV-0600-JBA (D. Conn.), the Firm represented the Florida State Board of Administration as the lead plaintiff in a securities claim arising from an accounting restatement. The case settled for $40 million cash and the requirement that UCAR appoint an independent director to its Board of Directors. The settlement was approved in 2000 and the lead plaintiff's recommended nominee is currently serving on the board. It was one of the first securities class actions to achieve such significant corporate governance relief.

The firm served as sole lead counsel in the class action <u>In Re: Centennial Technologies Litigation</u>, No. 97-10304-REK (D. Mass.) involving a massive accounting scandal that shot down the company's high-flying stock. The Boston office negotiated a settlement

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

that permitted a turnaround of the company and provided a substantial recovery for class members. The firm negotiated changes in corporate practice, a strengthening of internal financial controls, and obtained 37% of the company's stock for the class. In addition, the firm recovered $20 million from Coopers & Lybrand, Centennial's auditor at the time – the largest settlement with an auditor in a shareholder class action in New England and among the largest in the nation. The firm also recovered $2.1 million from defendants Jay Alix & Associates and Lawrence J. Ramaekers for a total recovery of more than $35 million for the class.

In In Re: Exide Corp. Sec. Litig., 98 CV 6006 (E.D. Mich.), Exide was charged with having altered its inventory accounting system to artificially inflate profits by reselling used, outdated, or unsuitable batteries as new ones. The Boston office, as co-lead counsel for the class, recovered more than $10 million in cash for class members.

In In Re: Digital Lightwave Sec. Litig., 98-152-CIV-T-24C (M.D. Fla.), the Boston office acted as co-lead counsel and the Florida office acted as liaison counsel in negotiating a settlement that included changing company management and strengthening the company's internal financial controls so the company could be poised for a successful turnaround. In addition, the class received 1.8 million shares of freely tradable common stock that traded at just below $4 per share when the court approved the settlement. At the time the shares were distributed to the members of the class, the stock traded at approximately $100 per share and class members received more than 200% of their losses after the payment of attorneys' fees and expenses. The total value of the settlement, at the time of distribution to the class, was almost $200 million.

The Florida office acted as co-lead counsel in Ehrenreich v. Witter, 95 CV 6637 (S.D. Fla.) involving Sensormatic Electronics Corp., which resulted in a settlement of $53.5 million approved in 1998. It was one of the largest class-action settlements in the State of Florida.

In Hallet v. Li & Fung, Ltd., et al., 95 CIV 8917 (S.D.N.Y.) the company Cyrk Inc. was charged with misrepresenting its financial results and failing to disclose that its largest customer was ending its relationship with the company. In 1998, the Boston office successfully recovered more than $13 million for defrauded investors.

In In Re: Valence Sec. Litig., 95-20459-JW (EAI) (N.D. Cal.), the California office served as co-lead counsel for the class litigating against a Silicon Valley-based company that overstated performance and development of an allegedly revolutionary battery technology. Following the Ninth Circuit's reversal of the District Court's granting summary judgment in defendants' favor, the case settled for $30 million in Valence common stock.

Using a novel theory in In Re: Fidelity/Micron Sec. Litig., 95 Civ. 12676 (D. Mass.), Berman DeValerio & Pease recovered $10 million in cash for Micron investors after a Fidelity Fund manager touted Micron while secretly selling the stock.

4

## Antitrust Settlements

Over the past two decades, Berman DeValerio has held leadership roles in scores of complex antitrust cases, negotiating substantial settlements for its clients. Among those results are the following:

The California office served as lead counsel in In Re: Sorbates Direct Purchaser Antitrust Litigation, Master File No. C 98-4886 CAL (N.D. Cal.), alleging that six manufacturers of sorbates, a food preservative, violated antitrust laws through participation in a worldwide conspiracy to fix prices and allocations to customers in the United States. The firm negotiated a partial settlement of $82 million with four of the defendants in 2000. Following intensive pretrial litigation, the firm achieved a further $14.5 million settlement with the two remaining defendants, Japanese manufacturers, in 2002. Total settlement achieved for the class was $96.5 million.

Attorneys in the Florida office acted as co-lead counsel and chief trial counsel in In Re: Disposable Contact Lens Antitrust Litigation, MDL 1030 (M.D. Fla.). Representing both a national class and the State of Florida, the firm helped secure settlements from defendants Bausch & Lomb and the American Optometric Association before trial and from Johnson & Johnson after five weeks of trial. The settlements were valued at more than $92 million and also included significant injunctive relief to make disposable contact lenses available at more discount outlets and at more competitive prices.

The California office negotiated a $62 million settlement in In Re: Toys "R" Us Antitrust Litigation, MDL 1211 (E.D.N.Y.) to answer claims that the retailer violated laws by colluding to cut off or limit supplies of popular toys to stores that sold the products at lower prices. A component of the settlement included $40 million worth of toys to needy children throughout the United States over a three-year period.

The California office served as co-lead counsel in In Re: Industrial Diamonds Antitrust Litigation, MDL-948 (WCC) (S.D.N.Y.) alleging General Electric and DeBeers conspired to fix, raise, and maintain the prices of industrial diamond products in violation of the federal antitrust laws. The action settled for a combined cash and coupon settlement valued at $26 million.

The firm played a significant role in one of the largest antitrust settlements on record in a case that involved alleged price-fixing by more than 30 Nasdaq Market-Makers on about 6,000 Nasdaq-listed stocks over a four-year period. The settlement, one of the largest of its kind at the time, was valued at near $1 billion.

Berman DeValerio attorneys also played a key role in obtaining a $535 million agreement from Bristol-Myers Squibb Co. to partially settle claims that the drug company had illegally blocked generic competition for its anxiety medication, BuSpar.

5

In another case involving generic drug competition, Berman DeValerio, as co-lead counsel, helped secure an $80 million settlement from French-German drug maker <u>Aventis Pharmaceuticals</u> and the <u>Andrx Corporation</u> of Florida. The payment to consumers, state agencies, and insurance companies settles claims that the companies conspired to prevent the marketing of a less expensive generic version of the blood pressure medication Cardizem CD. The state attorneys general of New York and Michigan joined that case in support of the class.

## LEADERSHIP ROLES

The firm has acted as lead or co-lead counsel in dozens of high profile cases, and has played an active role in some of the country's most prominent class actions. The following is a list of active cases where the firm is currently serving as lead or co-lead counsel for the class. This list does not include the numerous closed actions where the firm served as lead or co-lead counsel.

### <u>Securities Class Actions</u>

- <u>In Re: Abercrombie & Fitch Co. Securities Litigation</u>, M21-83 (TPG) (S.D.N.Y) – Member of the Executive Committee.

- <u>In Re: Bristol-Myers Squibb Sec. Litig</u>ation, 02CV2251 (S.D.N.Y.) – Lead Counsel

- <u>In re: Emex Corporation Securities Litigation,</u> 01cv4886 (S.D.N.Y.) – Lead Counsel.

- In Re: <u>FreeMarkets, Inc. Securities Litigation</u>, 01cv0746 (DBS) (W.D. Pa.) – Lead Counsel.

- <u>In re: GenesisIntermedia, Inc. Securities Litigation,</u> 01cv9024 (C.D. Cal) – Co-lead Counsel.

- <u>Hanley v. Warburg (Magma Copper),</u> 96-390 (D. Ariz.) – Co-lead Counsel.

- <u>Heartland High Yield Municipal Bond Fund et al.</u>, 00 C 1388 (JPS) (E.D. Wisc.) – Lead Counsel.

- <u>In re: ICG Communications Inc. Securities Litigation</u>, 00-CV-1864 (D. Colo.) – Co-lead Counsel.

- <u>Kinder Morgan, Inc.</u>, Civil Action No. 00-N-516 (D. Colo.) – Co-lead Counsel.

6

- <u>In Re: Lernout & Hauspie Products, N.V., Securities Litigation</u>, 00-CV-11589 (PBS) (D. Mass.) – Co-lead Counsel.

- <u>McKesson HBOC, Inc. Securities Litigation,</u> 02-405792 (Cal. Sup. Ct.).

- <u>In Re: MTI Technology Corp. Securities Litigation, II</u>, Civil Action No. 8:00cv745 (DOC)   (C.D. Cal.) – Co-lead Counsel.

- <u>In Re: Nx Networks Securities Litigation</u> (Rees Plaintiffs), 00-CV-11850 (JLT) (D. Mass.) – Co-lead Counsel.

- <u>In Re: Pacific Gateway Exchange Inc. Securities Litigation</u>, 3:00cv1211 (PJH) (N.D. Cal.) – Co-lead Counsel.

- <u>In Re: Philip Services Corp Securities Litigation</u>, 98cv835 (MBM) (S.D.N.Y.), 99-7825 (2d Cir.) – Co-lead Counsel.

- <u>In Re: Reliant Sec. Litig.</u>, H-02-1810 (S.D. Tex.) – Co-lead Counsel.

- <u>In Re: Service Corp. Int'l Securities Litigation</u>, 4:99cv280 (LHH) (S.D. Tex.) – Member of Executive Committee.

- <u>In Re: SmartForce PLC d/b/a SkillSoft Securities Litigation</u>, 02-CV-544 (PJB) (D. N.H.) – Co-lead Counsel.

- <u>In Re: Stone & Webster, Inc. Securities Litigation</u>, 00cv10874 (RCL) (D. Mass.) – Member of the Executive Committee and Liaison Counsel.

- <u>In Re: Symbol Technologies, Inc. Securities Litigation</u>, 02-CV-1383 (LDW) (E.D.N.Y.) – Co-Lead Counsel.

- <u>In Re: Technical Chemicals Securities Litigation,</u> 98-7334 (S.D. Fla) – Co-Lead Counsel.

- <u>In Re: Xcelera.com Securities Litigation</u>, 1:00cv11649 (RWZ) (D. Mass.) – Co-lead Counsel.

- <u>Carlson v. Xerox Corp.</u>, 3:00-CV-1621 (AWT) (D.Conn.) – Lead Counsel

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

**Antitrust Class Actions**

- In Re: Canadian Car Antitrust Litigation.

- In Re: SBC Communications, Inc. Antitrust Litigation, (Lead Case No. 3:02CV1617 (DJS), D. Conn.) and Syncro Services v. Bell Atlantic Corp. (02 civ. 7650 (SHS), S.D. N.Y).

- In Re: Automotive Refinishing Paint Litigation, (JCCP4199, Superior Court of California, County of Alameda).

- Sample v. Monsanto et al. [Bioseeds Antitrust Litigation], (4:01cv00065RWS, E.D. Mo.).

- In Re: High Fructose Corn Syrup Antitrust Litigation, (95-1477, MDL No. 1087, C.D. Ill.).

- Samole v. Bayer Ag, et al. [Cipro Antitrust Litigation], (MDL1383, E.D. N.Y.). Koonan v. Barr Laboratories, Inc. [Tamoxifen Antitrust Litigation], (MDL 1408, E.D. N.Y.).

- Blevins v. Wyeth-Ayerst Laboratories, et al. [Premarin Antitrust Litigation], (CGC-01-324380, Superior Court of California, County of San Francisco).

- In Re: Neurontin Antitrust Litigation, (MDL1479, D. N.J.).

- In Re: Terazosin Hydrochloride Antitrust Litigation, [Hytrin], (99-MD-1317, S.D. Fla.).

- MC - UA Local 119 Health and Welfare Plan V. Glaxosmithkline, PLC et al. [Wellbutrin], (02-cv-4398, E.D. Pa.).

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

## TRIAL EXPERIENCE

The firm also has extensive experience in taking securities and antitrust class actions to trial. Over the years, its attorneys have gone to trial against pharmaceutical companies in New York and Boston, a railroad conglomerate in Delaware, one of the nation's largest trustee banks in Philadelphia, a major food retailer in St. Louis and the top officers of a failed New England bank. The firm also took an environmental products company to trial in Philadelphia and successfully argued the case before a federal appeals court.

The firm has been involved in more trials than most of the firms in the plaintiffs' class action bar. Our trial experience includes In Re: Disposable Contact Lens Antitrust Litigation, MDL 1030 (M.D. Fla.) (settled for $60 million with defendant Johnson & Johnson after five weeks of trial); Hurley v. Federal Deposit Insurance Corp., 88 Civ. 1940 (D. Mass.) (bench verdict for plaintiffs); Howard Savings Bank, ($3 million plaintiffs' verdict following four week trial); In Re: Equitec Sec. Litig., ($35 million settlement at close of evidence following five month trial); In Re: ICN/Viratek Sec. Litig., 87 Civ. 4296 (S.D.N.Y.) (hung jury with 8-1 vote in favor of plaintiffs; the case settled for over $14.5 million after the trial); In Re: Biogen Sec. Litig., 94 Civ. 12177 (D. Mass.) (verdict for defendants); Peil v. Speiser, No. 82-1289 (E.D. Pa. 1985) (securities fraud class action, verdict for defendants after six-week trial, Court of Appeals affirms but adopts "fraud-on-the-market" rule for Third Circuit securities cases); Kumpis v. Wetterau, No. 83-0362-(C3) (E.D. MO Dec. 1985) (securities fraud class action, case settled in mid-trial); Upp v. Mellon, No. 91-5219 (E.D. Pa. 1992) (bench trial, court finds for class of trust beneficiaries in suit against trustee bank and orders disgorgement of fees; Third Circuit later reversed based on lack of jurisdiction). The firm has the reputation and experience to take a case through verdict and appeal.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

# PARTNERS

## Boston Office

### Glen DeValerio

Glen DeValerio has prosecuted federal securities law violations, chiefly class and derivative actions, since the early 1970s. A 1969 graduate of the University of Rhode Island, he received his law degree in 1973 from the Catholic University Law School and served on the Catholic University Law Review's editorial board for two years. In 1973 and 1974, he worked as a law clerk to the Honorable June L. Green, U.S. District Court for the District of Columbia. Mr. DeValerio was admitted to the bar of the District of Columbia in 1974 and to the Massachusetts Bar in 1982. He has tried cases and argued before appellate and district courts in the District of Columbia, the District of Massachusetts, Delaware, and elsewhere, earning favorable judicial comment for his work.

Mr. DeValerio frequently lectures on complex securities litigation issues at continuing legal education seminars sponsored by groups like PLI, ALI-ABA, and the Boston Bar Association. He served as the President of the National Association of Securities and Commercial Law Attorneys (NASCAT) from 1996 through 1998.

### Norman Berman

Since the creation of the firm in 1982, Norman Berman has focused his activities principally on the complex litigation of cases filed under the federal securities and antitrust laws. Mr. Berman has acted as trial counsel in a number of successful cases, including In Re: ICN Securities Litigation, which was settled after trial for more than $14.5 million in 1996. The trial team's work prompted positive judicial comment.

Mr. Berman graduated from Boston University in 1970 and from Suffolk University Law School in 1974. He was admitted to practice law in Massachusetts and Connecticut in 1974.

### Peter A. Pease

Since the mid-1970s, Peter A. Pease has been litigating cases under the federal antitrust laws, the federal securities laws, and state unfair trade practices laws. Mr. Pease is admitted to practice in Massachusetts, the U.S. District Courts of Massachusetts and the Eastern District of Michigan, and the U.S. Courts of Appeals for the First and Third Circuits. His effective and successful advocacy in courts throughout the nation has elicited favorable judicial comment.

Mr. Pease assisted in the prosecution of many prominent cases, including Bogosian v. Gulf Oil Corp. (trademark tying claims alleging conscious parallelism on the part of the major oil companies) and Salomon Brothers Treasury Litigation (monopolization and manipulation of the market for U.S. Treasury Securities). A 1972 graduate of Denver University and a 1976 graduate of Suffolk University Law School, Mr. Pease has written

10

and lectured in the franchise and antitrust fields.  He also has served as an editor of the American Bar Association's Franchise Law Journal.  Publications he has authored include "Franchisee and Dealer Terminations and Antitrust Exposure: Spray-Rite and Evidentiary Standards in the 80s," Vol. 3, No. 4, Journal of the American Bar Association Forum Committee on Franchising, Spring 1984.

### Jeffrey C. Block

Jeffrey C. Block graduated *cum laude* from the State University of New York at Albany in 1983 and received his J.D. in 1986 from Brooklyn Law School, where he finished in the top 10 percent of his class.  He was admitted to the New York Bar in 1987 and is also admitted to practice in Massachusetts.  From 1987 to 1995, Mr. Block was associated with the New York law firm of Pomerantz Haudek Block Grossman & Gross, representing shareholders in securities class actions brought under the federal securities laws and in state court actions involving claims of breaches of fiduciary duties by corporate directors.

A partner at Berman DeValerio since 1997, Mr. Block has been one of the firm's lead attorneys on a number of cases, including In Re: Prison Realty Sec. Litig., one of the 10 largest settlements in securities class-action history, and In Re: Digital Lightwave Sec. Litig., in which the class received more than twice its certified losses after payment of attorneys' fees.  He has also represented institutional clients in class actions alleging securities fraud at Xerox and Bristol-Myers Squibb.

### Kathleen M. Donovan-Maher

Kathleen Donovan-Maher became a partner at the firm's Boston office in 1999 and focuses her work in Berman DeValerio's antitrust and securities practices.  Ms. Donovan-Maher served as discovery captain in In Re: Nasdaq Antitrust Litigation and was a member of the trial team in In Re: ICN Securities Litigation, which settled for $14.5 million when the jury deadlocked after a 1996 trial. Ms. Donovan-Maher graduated from Suffolk University in 1988, receiving a B.S. degree in Business Administration, *magna cum laude*, and earning an award for maintaining the highest grade point average among students with concentrations in Finance.  She graduated from Suffolk University Law School three years later after serving for two years on the *Transnational Law Review*.

Ms. Donovan-Maher was admitted to the Massachusetts Bar in 1991, the United States District Court for the District of Massachusetts in 1992 and the United States Court of Appeals for the First Circuit in 1995.  A frequent author on continuing legal education issues, Ms. Donovan-Maher is a member of Phi Delta Phi; Delta Mu Delta National Honor Society in Business Administration; and Omicron Delta Epsilon International Honor Society of Economics.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

**Michael G. Lange**

Michael G. Lange became a partner with the firm in 1999. Until 1994, when he joined Berman DeValerio as an attorney with Testa, Hurwitz & Thibeault. Mr. Lange is a 1988 graduate of Swarthmore College, where he received his B.A. degree in Economics, *magna cum laude*. He graduated *cum laude* from Harvard Law School in 1991. He was admitted to the Massachusetts Bar in 1991 and the U.S. District Court for the District of Massachusetts in 1992. He is also admitted in the U.S. District Court of Colorado and the 1st, 3rd and 10th Circuit Courts of Appeal.

Mr. Lange has been involved in numerous class action cases on behalf of shareholders, insurance policyholders, and consumers. He was a member of the trial team in In Re: Biogen, Inc. Securities Litigation, the first securities class action tried in Massachusetts in nearly a decade. He was a co-chair and featured speaker for the February 2001 Class Action Litigation Summit in Washington, D.C., chair of the June 2001 MCLE Seminar "Class Action Practices in Massachusetts and Federal Court," and co-chair of the May 2002 BBA Seminar "The Life Cycle of a Class Action." He has spoken at investor conferences and serves as co-chair of the Boston Bar Association Class Action Committee. He is currently Vice President of the National Association of Shareholder and Consumer Attorneys (NASCAT), as well as a member of the Executive Committee, and previously served as the head of the media committee for the organization. He has written extensively on class action issues for professional and popular publications and has been quoted frequently in the national press.

**Michael T. Matraia**

Michael T. Matraia received a B.A. in Accounting, *cum laude*, from Assumption College in 1990. In 1996 he graduated, *magna cum laude*, from Suffolk University Law School. Mr. Matraia served on the editorial board of the Suffolk University Law Review and authored a note entitled, "Running for Cover Behind Presidential Immunity: The Oval Office as Safe Haven from Civil Suits," 29 Suffolk University L. Rev. 195 (1995). He was admitted to the Massachusetts Bar in 1996 and the New York Bar in 1997. Prior to joining Berman DeValerio in 1997, Mr. Matraia was associated with the Boston office of Robins, Kaplan, Miller & Ciresi L.L.P., where he practiced in the areas of business litigation and insurance coverage litigation. Mr. Matraia is also a Certified Public Accountant and worked as an auditor at a major public accounting firm before becoming an attorney. He was named a partner at the firm in 2003 and concentrates his practice on securities litigation, with an emphasis on accounting fraud and accountants' liability.

**Leslie R. Stern**

Leslie R. Stern earned a B.S. degree in Finance from American University in 1991 and graduated, *cum laude,* from Suffolk University Law School in 1995. While at Suffolk, Ms. Stern served on the *Suffolk University Law Review's* editorial board and authored three publications. She was admitted to the Massachusetts Bar in 1995. Before joining the firm, Ms. Stern practiced general civil litigation. She became associated with Berman DeValerio in 1998 and was named partner in 2003. Ms. Stern focuses her practice on securities litigation.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

### San Francisco Office

**Joseph J. Tabacco, Jr.**
The managing partner of the firm's San Francisco office, Mr. Tabacco has actively litigated antitrust, securities fraud, commercial high tech, and intellectual property matters since the 1970s. He is a member of the bar in California, where he began his legal career, and is also a member in good standing of the bars of New York, Massachusetts, and the District of Columbia. Since entering private practice in the 1980s, Mr. Tabacco has served as trial or lead counsel in numerous antitrust and securities cases and has been involved in all aspects of state and federal securities and antitrust litigation.

Until 1981, he served as senior trial attorney for the U.S. Department of Justice, Antitrust Division, in both the Central District of California and the Southern District of New York. In that capacity, he had major responsibility for several criminal and civil matters including the antitrust trial of the U.S. v. IBM. He is a former teaching fellow of the Attorney General's Advocacy Institute in Washington, D.C., and has served on the faculty of ALI-ABA on programs about U.S.-Canadian business litigation and trial of complex securities cases. Author of numerous articles on securities and antitrust law issues, he is a member of the Advisory Board of the Institute for Consumer Antitrust Studies at Loyola University Chicago School of Law.

**Christopher T. Heffelfinger**
Christopher T. Heffelfinger is a 1984 graduate of the University of San Francisco School of Law, where he was a member of the law review. He graduated from Claremont Men's College in 1977 with a B.A. in Economics. He has an AV rating from Martindale-Hubbell. He specializes in corporate, securities, derivative and antitrust litigation, and has acted as a principal attorney in a number of such cases. Prior to joining the firm, he was associated with the San Francisco firm of Gold & Bennett from 1990 to 1994, where he practiced securities and bankruptcy litigation. Before that, he practiced securities litigation and bankruptcy law for five years with a small firm in Marin County with an emphasis on Chapter 11 reorganizations, representing both debtors and creditors. He has litigated securities cases involving real estate limited partnerships, the mortgage banking and insurance industries, and companies engaged in the high-tech arena where the allegations involved both non-disclosed product problems and accounting fraud issues.

Mr. Heffelfinger has also lectured on discovery as a panelist in the Federal Court Northern District of California Practice Program. In addition, he served as a Captain (infantry) in the U.S. Marine Corps from 1990-1991, when he was recalled to active duty in support of Operations Desert Shield/Storm.

**Nicole Lavallee**
Nicole Lavallee is a 1989 graduate of the French Civil Law School at Université de Montréal in Canada. In 1991, she was admitted to the Quebec Bar (currently inactive) and obtained her Common Law degree from Osgoode Hall Law School in Toronto. After

graduating from Osgoode, Ms. Lavallee worked for the Toronto firm of McDonald & Hayden where she co-authored two feature articles in Foreign Investment in Canada: A Guide to the Law: "Protecting Our Struggling Artists: The Canadian Content Rules in Radio Broadcasting" and "An Analysis of Social Democratic Corporate Phobia in Canada."

Ms. Lavallee joined the firm shortly after being admitted to the California Bar in 1993 and was elevated to partner in 2002. She currently practices complex litigation including securities, corporate, and environmental litigation. Ms. Lavallee is fluent in French.

### Sharon T. Maier

Sharon T. Maier joined Berman DeValerio's San Francisco office in 2001 and concentrates her activities in the firm's antitrust law practice. She graduated from the University of South Carolina in 1971 and received her J.D., *magna cum laude*, from the University of San Diego in 1989, where she was lead articles editor of San Diego Law Review. Admitted to the State Bar of California in 1989 and to the District of Columbia Bar in 1992, she has been a member of the San Diego County, Federal, and American Bar Associations, as well as the Enright Inn of Court and California Women Lawyers.

From 1997 to 1999, she served on the Board of Governors of Consumer Attorneys of California. She has co-chaired the Rule 23 subcommittee of the ABA Litigation Section's Committee on Class Actions and Derivative suits and is on the faculty of the 2001 National Class Action Institute. She has written and lectured widely on Rule 23 and on discovery of electronic evidence in complex litigation. Before joining Berman DeValerio, she was a partner with the law firm of Milberg Weiss Bershad Hynes and Lerach, LLP.


### West Palm Beach Office

### C. Oliver Burt, III

C. Oliver Burt, a partner in the West Palm Beach office, launched his legal career with a major Philadelphia law firm. In 1971, he began prosecuting white-collar criminal cases as an assistant U.S. attorney for the Eastern District of Pennsylvania and, two years later, was appointed chief of the Civil Division of the United States Attorney's Office. He later returned to private practice in Philadelphia, focusing primarily on antitrust, unfair competition, and securities cases. He also briefly served as a special assistant U.S. attorney.

Mr. Burt has extensive litigation experience. He was trial co-counsel for plaintiffs in Peil v. Speiser, and argued the appeal. In its landmark opinion in that case, the Third Circuit adopted the "fraud-on-the-market" presumption of reliance as the law of the Circuit. Mr. Burt also argued numerous appeals in class action cases in the Third, Eighth, and Eleventh Circuits and in the Delaware Supreme Court. He is a member of the Florida and Pennsylvania Bars and is admitted to practice before the Supreme Court of the United States. Mr. Burt graduated from Swarthmore College in 1964 and from the Law School of the University of Pennsylvania in 1967.

14

**Michael J. Pucillo**

Michael J. Pucillo is the managing partner of the firm's West Palm Beach office. A member of the Florida Bar since 1978, he is admitted to practice before the United States Court of Appeals for the Fifth and Eleventh Circuits, and the United States District Courts for the Southern and Middle Districts of Florida and the District of Arizona. He has been active in numerous class actions and shareholder derivative actions throughout the United States since 1989. He acted as sole lead counsel in In Re: UCAR International, Inc. Securities Litigation, Case No. 98-CV-0600-JBA (D. Conn.), an action in which the Florida State Board of Administration was the lead plaintiff. That action settled in 2000 for a $40 million cash payment and the right to appoint a new member to UCAR's Board of Directors, one of the first times such significant corporate governance relief was achieved as part of a securities class action.

A graduate of Williams College (1975) and Georgetown University Law School (1978), Mr. Pucillo worked as law clerk to two federal judges before serving as an enforcement attorney with the U.S. Securities and Exchange Commission in Washington. Mr. Pucillo has lectured frequently on class actions and litigation. In 1994, he became a member of the faculty of the College of Advanced Judicial Studies ("AJS"), where he taught "Managing the Complex Civil Case" to Florida circuit court judges in 1994 and in 1996. He taught again at the 2002 AJS. A member of the Academy of Florida Trial Lawyers, he has lectured for the Academy on class actions and on recent developments in commercial and business tort litigation. He served as president of the Gold Coast Chapter of the Federal Bar Association during 1989-1990, and served from 1994 to 1997 as chairman of the Palm Beach County Bar Association Federal Court Practice Committee. He also appeared on the PBS Nightly Business Report on issues relating to investor fraud.

**Wendy H. Zoberman**

Wendy Zoberman is admitted to practice before the United States District Court for the Middle and Southern Districts of Florida, as well as all Florida State Courts. Ms. Zoberman is a 1981 graduate of Wellesley College, where she was a Durant Scholar, and was elected to the Phi Beta Kappa Society. She received her law degree from Columbia University in 1984. At Columbia she served as an Articles Editor of the Columbia University - Volunteer Lawyers for the Arts Journal of Art and the Law and is a co-author of "An Introduction to the New York Artists' Authorship Rights Act," appearing at Vol. 8, No. 3 Columbia - VLA Journal of Art and the Law 369.

Ms. Zoberman has practiced law in Florida since 1984, originally concentrating on First Amendment litigation and commercial litigation. Since 1990, Ms. Zoberman has prosecuted numerous securities class actions and shareholder derivative actions both throughout Florida and in other jurisdictions, including In Re: John Alden Financial Corp. Securities Litigation, Ehrenreich, et al. v. Sensormatic Electronics Corp. and In Re: Brothers Gourmet Coffees, Inc. Securities Litigation. She was also instrumental in the prosecution of In Re: UCAR International, Inc. Securities Litigation.

15

**R. Scott Palmer**

Scott Palmer, a graduate of the University of Michigan and a 1976 honors graduate of the University of Miami School of Law, began his career as an assistant state attorney in Orlando, Florida.  From 1976 to 1979, he served as a misdemeanor and felony trial attorney as well as a legal advisor to the Organized Crime Strike Force.  In 1980, Mr. Palmer was appointed chief field counsel for the Florida Department of Law Enforcement and later became director of executive investigations, responsible for the security of Florida's governor and internal affairs at the Department of Law Enforcement.  In 1982, then-Gov. Bob Graham appointed him chief prosecutor of the Statewide Grand Jury, a post he held until 1986.  After two years in private practice, Mr. Palmer was appointed an assistant attorney general for the Antitrust Section of the Economics Crimes Litigation Unit, handling all major antitrust litigation for Florida, including trials.

Mr. Palmer has continued to represent Florida since joining Berman DeValerio's West Palm Beach office in 1997.  He is a member of the Florida Bar and the bars of the Eleventh Circuit Court of Appeals, Northern, Middle, and Southern Districts of Florida. A certified Circuit Court mediator, he has authored a law review article on statewide prosecution and a chapter on unfair trade practices in Matthew Bender's "Florida Forms of Jury Instruction."  In addition, Mr. Palmer has taught litigation skills at the Florida State University College of Law and has studied antitrust law under Philip Areeda at Harvard Law School.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

# ASSOCIATES

## Boston Office

### Patrick T. Egan

Patrick T. Egan received a B.A. in Political Science, *cum laude*, from Providence College in 1993. In 1997, Mr. Egan graduated *cum laude* from Suffolk University Law School. Mr. Egan served on the editorial board of the *Suffolk University Law Review* and authored a Note entitled: "Virtual Community Standards: Should Obscenity Law Recognize the Contemporary Community Standard of Cyberspace," 30 *Suffolk University Law Review* 117 (1996). Mr. Egan was admitted to the Massachusetts Bar in 1997, the Connecticut Bar in 1998 and the New York Bar in 1999.

Mr. Egan came to the firm from the U.S. Department of Labor, where he served as an attorney advisor with the Office of Administrative Law Judges. He became associated with the firm in 1999 and focuses on securities litigation.

### Deborah Gale Evans

Deborah Gale Evans graduated from Emory University in 1989 and the Boston University School of Law in 1995, where she was an Edward F. Hennessey Scholar. Ms. Evans was admitted to the Massachusetts Bar in 1995. She is also admitted to practice in Georgia and New York, and in the U.S Circuit Court of Appeals for the Seventh and Eleventh Circuits.

Prior to joining Berman DeValerio in 2003, Ms. Evans was a litigation associate at Skadden, Arps, Slate, Meagher & Flom LLP in Boston. She also was an associate at Alston & Bird LLP in Atlanta. At both firms, she focused her practice on securities class actions.

### N. Nancy Ghabai

N. Nancy Ghabai earned a B.A. in Political Science and American Literature from the University of Vermont in 1995. She graduated *cum laude* from Suffolk University Law School in 1999. While at Suffolk, Ms. Ghabai served on the editorial board of the *Suffolk Transnational Law Review.* She was admitted to the Pennsylvania bar in 1999 and the Massachusetts bar in 2000. Prior to joining the firm, Ms. Ghabai was an associate with the Philadelphia firm of Stradley, Ronon, Stevens & Young, LLP, where she practiced business litigation. She became associated with the firm in 2000 and focuses her practice on securities litigation.

### Shannon L. Hopkins

Shannon L. Hopkins received a B.A. with a dual concentration in Accounting and Finance, *cum laude*, from Bryant College in 1995. In 2003, she graduated, *magna cum laude*, from Suffolk University Law School. While at Suffolk, Ms. Hopkins served as Vice Magister of the Phi Delta Phi Honors Fraternity and was a staff member of the *Journal of High Technology Law,* during which time she authored a note entitled,

"Cybercrime Convention:  A Positive Beginning to a Long Road Ahead," 2 *J. High Tech. L.* 101 (2003).  Ms. Hopkins was admitted to the Massachusetts Bar in 2003.

Prior to joining Berman DeValerio, Ms. Hopkins was an accounting manager at Genuity, Inc.  Ms. Hopkins is also a Certified Public Accountant and worked as an auditor at a major public accounting firm before becoming an attorney.  Ms. Hopkins focuses her practice on securities litigation.

**Joseph C. Merschman**
Joseph C. Merschman earned a BBA in Accounting in 1998 from the University of Iowa. In 2001, Mr. Merschman graduated from the University of Connecticut School of Law, where he was articles editor for the *Connecticut Law Review*.  Mr. Merschman was admitted to the Massachusetts and Connecticut Bars in 2002.

Prior to joining Berman DeValerio in 2003, Mr. Merschman was a law clerk for the Honorable Judge Richard Roberts in the U.S. District Court for the District of Columbia. Mr. Merschman is also a former law clerk of Connecticut Supreme Court Justice Christine Vertefeuille and a summer/fall associate at the law firm of Rogin, Nassau, Caplan, Lassman & Hirtle, LLC.

**Steven D. Morris**
Steven D. Morris graduated, *cum laude*, from the University of Massachusetts in 1994 with a B.A. in Legal Studies and spent a year abroad studying at the University of Kent, England.  In 1999, Mr. Morris received a J.D. from Boston University School of Law, *cum laude*.  While at law school, he was the Editor-in-Chief of the *Journal of Science and Technology Law*, an Edward F. Hennessey Scholar, and received the Dean's Award in Labor Law.  Mr. Morris was admitted to the Massachusetts Bar in 1999.

Prior to joining the firm, Mr. Morris was a corporate associate in the business department of Brown Rudnick Freed & Gesmer, where he ensured securities compliance and participated in public offerings and mergers and acquisitions.

**Julie A. Richmond**
Julie A. Richmond graduated *magna cum laude* from Tufts University in 1995 with a B.A. in Economics.  In 1998, Ms. Richmond received her J.D. from the American University Washington College of Law, *summa cum laude*, where she served as an Articles Editor on the American University Law Review.  Ms. Richmond has been a member of the Massachusetts Bar since 1998 and was admitted to practice before the U.S. District Court for the District of Massachusetts in 1999.

Prior to joining Berman DeValerio Pease Tabacco Burt & Pucillo, Ms. Richmond practiced securities litigation and corporate law at Goodwin Procter LLP.  She focuses her activities in the firm's securities litigation practice.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

**Todd A. Seaver**

Todd A. Seaver graduated *magna cum laude* from Boston University in 1994 with a B.A. in International Relations. He earned a M.Sc. from the London School of Economics in 1995 and graduated *cum laude* from the American University Washington College of Law in 1999. While in law school, Mr. Seaver worked as a law clerk at the Federal Trade Commission's Bureau of Competition, as a judicial extern for the Honorable Ricardo M. Urbina of the U.S. District Court for the District of Columbia, and as a law clerk in the antitrust practice group in the law firm Morgan, Lewis & Bockius.

Mr. Seaver was admitted to the New Hampshire Bar in 1999 and to the Massachusetts Bar in 2000, and is a member of the American Bar Association's Antitrust Section. Mr. Seaver joined the firm in 2000 and focuses his practice on both antitrust litigation and securities litigation.

**Nicole R. Starr**

Nicole R. Starr earned a B.A., *magna cum laude*, in Political Science and a minor in Spanish in 1999 from Providence College. In 2002, Ms. Starr graduated, *summa cum laude*, from Suffolk University Law School, where she served as an Associate Production Editor for the *Suffolk University Law Review* and authored an article entitled: "The Curtailment of the Doctrine of Equivalents: Courts Emphasize the Public Notice Function of Patent Claims," 35 *Suffolk U.L. Rev.* 323 (2001). While at law school, Ms. Starr received the Best Brief and Best Oral Advocate Award in the First Year Legal Practice Skills Program and the Jurisprudence Award for Civil Procedure and Commercial Paper. In 2001, Ms. Starr was a summer associate at the Boston firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., where she researched and prepared memoranda on a variety of legal matters, including litigation, corporate, real estate, and trusts and estates issues. Ms. Starr was admitted to the Massachusetts Bar in 2002.

Ms. Starr joined Berman DeValerio Pease Tabacco Burt & Pucillo in 2002 and focuses her practice on securities litigation.

**Bryan A. Wood**

Bryan A. Wood graduated, *cum laude*, from the University of Massachusetts in 1991 with a B.A. in Sociology. In 1995, he earned an M.S., *summa cum laude*, in Public Policy from the Eagleton Institute of Politics at Rutgers University and graduated, *cum laude,* from the Temple University School of Law in 1998. While at law school, Mr. Wood was the Managing Editor of the *Temple Law Review* and a board member of the Temple Law Moot Court Honor Society. Mr. Wood was admitted to the Pennsylvania bar in 1998 and the Massachusetts bar in 2001. He was also admitted to the U.S. District Court for the Districts of Pennsylvania in 1998, the U.S. District Court for the District of Massachusetts in 2001, and the U.S. Circuit Court of Appeals for the Third Circuit in 1998. Mr. Wood is a member of the Boston and American bar associations.

Prior to joining Berman DeValerio Pease Tabacco Burt & Pucillo, Mr. Wood was a litigation associate at both Montgomery McCracken Walker & Rhoads in Philadelphia,

19

and Schnader Harrison Goldstein & Manello in Boston, where he represented corporations and directors in shareholder and other class action lawsuits as well as businesses and municipalities in general contract and employment discrimination cases. Mr. Wood focuses his activities in the firm's securities litigation practice.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

<u>San Francisco Office</u>

**Elizabeth C. Guarnieri**
Elizabeth C. Guarnieri graduated from Rider University in 1995 with a B.A. in Political Science.  In 1998, she received her J.D. from Rutgers University School of Law.  She is a member in good standing of the bars of California, New Jersey, and Pennsylvania.  Ms. Guarnieri serves on the Board of Directors for the Meiklejohn Civil Liberties Institute. She is also a member of the American Bar Association, the California Bar Association, and the National Lawyers Guild.

Prior to joining the firm, Ms. Guarnieri was associated with the law firm Lexington Law Group, where her practice focused on complex civil litigation.  She concentrates her activities in the firm's securities fraud and antitrust litigation practices.

**Christine Pedigo**
Christine Pedigo earned a B.A., *magna cum laude,* in English literature from San Francisco State University in 1997.  In 2000, Ms. Pedigo graduated with highest honors in immigration and Internet law from the University of California School of Law at Davis, where she was editor-in-chief of the *Journal of Juvenile Law & Policy*.  While in law school, Ms. Pedigo authored articles entitled: "The Portrayal of the Legal System in Young Adult Literature," 2 *Davis J. of Juv. L & Pol'y* 17 (1998) and "Protecting Students' Fourth Amendment Rights: Alternatives to School Mandated Urinalysis," 4 *Davis J. of Juv. L & Pol'y* 175 (2000).  Ms. Pedigo also served as an extern to Judge Garland E. Burrell of the U.S. District Court for the Eastern District of California and was a civil law clerk in the U.S. Attorney's Office in the Eastern District of California. Ms. Pedigo was admitted to the California Bar in 2000.

Prior to joining Berman DeValerio Pease Tabacco Burt & Pucillo in 2003, Ms. Pedigo was an associate with The Furth Firm and with the law firm of Bowles & Verna.

**Karen Rosenthal**
Karen Rosenthal graduated from highest honors and Phi Beta Kappa distinctions from the University of California as Berkeley in 1996, earning a B.A. in Development Studies.  In 2000, she received a J.D. from Boalt Hall School of Law, University of California at Berkeley.  During law school, she served as Publishing Editor of the California Law Review and was a member of the Moot Court Board.

Prior to joining Berman DeValerio Pease Tabacco Burt & Pucillo, she was associated with the law firm Plageman, Lund & Miller, where her practice focused on general litigation and estate planning.  She was admitted to the California Bar in 2000.  Her practices include securities fraud and antitrust litigation.

**Michael W. Stocker**
Michael W. Stocker graduated from the University of California at Berkeley in 1989 with a B.A. with a Distinction in Oriental Languages.  In 1995, he received his J.D. from

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

University of California, Hastings College of the Law.  While in law school, he served as judicial extern to U.S. Magistrate Judge (now District Judge) Phyllis Hamilton. In 2000 he was awarded a Master of Criminology degree from the Law Faculty of the University of Sydney.

Prior to joining Berman DeValerio, Mr. Stocker served as a staff attorney in the civil and motions divisions of the Office of the Staff Attorneys at the United States Court of Appeals for the Ninth Circuit.  He also served as an adjunct instructor of legal writing and research and moot court at Hastings College of the Law.  From 2000 to August of 2003 Mr. Stocker was associated with the firm of Zelle, Hofmann, Voelbel, Mason, and Gette LLP, where he specialized in commercial litigation.

## Of Counsel

**Richard R. Wiebe**
Richard R. Wiebe, Of Counsel to the San Francisco office, received a B.A. from Yale College and a J.D. from the School of Law (Boalt Hall) at the University of California, Berkeley.  He was admitted to the California Bar in 1985.  In addition to his securities litigation work, Mr. Wiebe focuses his practice on intellectual property, First Amendment and environmental law issues.

Prior to joining the firm, Mr. Wiebe was a permanent judicial staff attorney for California Supreme Court Justice Joyce Kennard from 1994 to 2000, writing judicial opinions in the full range of civil and criminal cases pending before the Court.  He was an associate at Brobeck, Phleger & Harrison in San Francisco from 1988 to 1994 and, prior to that, a supervising attorney in the Office of Staff Attorneys of the U.S. Court of Appeals for the Ninth Circuit.  Mr. Wiebe also has taught and written extensively.

## West Palm Beach Office

**Manuel J. Dominguez**
Manuel Dominguez graduated with honors from the Florida State University Law School in 1995 and was a member of the *Transnational Journal of Law and Policy*.  He received his undergraduate degree from Florida International University in 1991.  Mr. Dominguez is admitted to practice law in the State of Florida as well as the United States District Courts for the Northern, Middle, and Southern Districts of Florida.

Mr. Dominguez served as an assistant attorney general with the State of Florida from 1995 to 1997 in the Department of Economic Crimes.  He participated in the prosecution and investigation of corporations and business entities for violations of Florida's RICO statute, Florida's antitrust statute and Florida's Unfair and Deceptive Trade Practices Act. In private practice from 1997 through 2000 Mr. Dominguez litigated and tried cases involving Florida's Unfair and Deceptive Trade Practices Act, the Florida Consumer Collection Practices Act, Federal Debt Collection Practices Act, and Truth In Lending.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

**Jay W. Eng**

Jay W. Eng graduated from Florida State University in 1994 with a B.S. in Economics. In 1998, he graduated from Tulane Law School with a J.D. and certificate of specialization in maritime law. He was awarded the book award for the top grade in Contracts II – the Uniform Commercial Code. He also served as a Notes and Comments Editor to the *Tulane Maritime Law Journal* and authored a note entitled, "The 'Something More' Requirement under Section 5(b) of the Longshore Act: Singleton v. Guangzhou Ocean Shipping Co.," 21 Tul. M. L.J. 205 (1996). Jay is a member of the Florida Bar, the Southern District of Florida, Middle District of Florida, Northern District of Florida, and the Eleventh Circuit Court of Appeals.

Prior to joining the firm, Jay was a commercial litigation associate at a major Florida law firm. He also served a judicial law clerk to Magistrate Judge Ann E. Vitunac, United States District Court for the Southern District of Florida, and as a trial court law clerk to the Fifteenth Judicial Circuit Court in and for the State of Florida.

**Marc J. Greenspon**

Marc J. Greenspon graduated from the State University of New York at Buffalo in 1999 with a B.A in Political Science and received a J.D. from Nova Southeastern University in 2002. Mr. Greenspon authored an article entitled, *Securities Arbitration: Bankrupt, Bothered & Bewildered*, 7 STAN. J.L. BUS.& FIN.131(2002). He was admitted to the Florida Bar in 2002. In 2003, he received an LL.M. in Securities & Financial Regulation at Georgetown University Law Center. He joined Berman DeValerio that same year.

**Anne F. Jacobs**

Anne Jacobs was admitted to the New York Bar and to the Southern and Eastern Districts of New York in 1987, and to the Florida Bar in 1995. She graduated *summa cum laude* and Phi Beta Kappa upon earning her B.A. from the University of Pennsylvania in 1983. She received her J.D. in 1986 from New York University School of Law, where she was an articles editor on the Annual Survey of American Law and authored an article on prisoner's rights. During and after law school, she served as a law clerk in the Southern District of New York, the District of New Jersey, and the United States Court of Appeals for the Third Circuit.

Ms. Jacobs then worked as a research and teaching associate at the University of Pennsylvania, where she co-authored a law review article on slavery jurisprudence. From 1988 to 1991, she was a litigation associate with a major New York law firm, where she concentrated in the areas of complex commercial litigation and corporate law. Upon moving to Tallahassee, Florida, she engaged in state and federal death penalty litigation and then served as co-director of an agency representing battered women seeking executive clemency. She then served as an adjunct professor at St. Thomas University Law School and, just prior to joining the firm, as a career staff attorney at the Fourth District Court of Appeal in West Palm Beach, Florida.

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

## OTHER KEY PERSONNEL

**Christopher A. Szechenyi, Director of Investigations**
Christopher A. Szechenyi is the Firm's director of investigations. Prior to joining the firm, he worked for 60 Minutes as a Paris-based producer, investigating stories all over the world for correspondent Mike Wallace.  He also has conducted investigations for Dateline NBC, A&E, and the Discovery Channel and he has contributed stories to the New Yorker magazine and the Boston Globe.  During his 25 years in journalism, he received more than two dozen journalism awards, including two regional Emmys and national recognition from Investigative Reporters and Editors.  Among other things, he has exposed of a pattern deadly safety violations on a giant construction project, uncovered design flaws in defibrillators and, most recently, interviewed Osama Bin Laden's half-brother.  He earned a B.A. in journalism from Lehigh University in 1975.

**Harriett Gibbs, Investigative Researcher**
An investigative researcher, Harriett Gibbs is responsible for conducting database research and assisting the director of investigations. Prior to joining the firm in 2002, she was an investigator with the Middlesex County (Massachusetts) Public Defender's Office. She also worked as a correctional officer at the Chittenden County Regional Correctional Facility in Shelburne, Vermont. Ms. Gibbs earned a bachelor's degree from the University of Vermont in 1995.

**Jeannine M. Scarsciotti, Chief Paralegal**
Jeannine M. Scarsciotti is Berman DeValerio's senior paralegal and, as such, coordinates portfolio monitoring and loss calculation for institutional clients.  Ms. Scarsciotti joined the Firm as a paralegal in 1995. Ms. Scarsciotti attended Bentley College, where she graduated, *summa cum laude*, in 1995. She earned a B.S. in Professional Studies and an ABA-Accredited Certificate of Paralegal Studies.

**Petra Bouyea, Forensic Accountant**
Petra Bouyea is the Firm's forensic accountant.  Ms. Bouyea received her M.B.A. with a concentration in Accounting from Boston University in 1995 and has been a Certified Public Accountant since 1996.  Prior to joining the Firm, she worked at a Big Five firm for six years, including one year as an Audit Manager.  She also worked in the accounting department of AskJeeves, an Internet search engine and web solutions company.  Since joining the Firm, she has investigated fraudulent accounting practices at numerous companies, including Xerox and Elan Pharmaceuticals.

**Robert I. Francis, Forensic Accountant**
Robert I. Francis graduated from Bentley College with a Bachelor of Science in Accountancy and received a Masters in Business Administration from Northeastern University. Mr. Francis is a Certified Public Accountant. He is a member of the American Institute of Certified Public Accountants, the Massachusetts Society of CPAs,

BOSTON • SAN FRANCISCO • WEST PALM BEACH
TEL: 800 516-9926 • E-MAIL: LAW@BERMANESQ.COM • URL: WWW.BERMANESQ.COM

and the East Coast Committee of the National Investment Company Service Association (NICSA).

Mr. Francis has an extensive accounting background. He has worked as an audit senior manager specializing in financial services at KPMG Peat Marwick and PricewaterhouseCoopers LLP, and served as vice president for Global Accounting Policy/External Reporting for State Street Corporation. Mr. Francis also has experience as an independent consultant, providing accounting support services related to compliance requirements of the Sarbanes-Oxley Act of 2002.

## OFFICES

### MASSACHUSETTS
One Liberty Square
Boston, MA 02109
Phone: (617) 542-8300
Fax: (617) 542-1194

### FLORIDA
515 North Flagler Drive, Suite 1701
West Palm Beach, FL 33401
Phone: (561) 835-9400
Fax: (561) 835-0322

### CALIFORNIA
425 California Street, Suite 2100
San Francisco, CA 94104
Phone: (415) 433-3200
Fax: (415) 433-6382

# # #

25