## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN GREENE, Individually and On Behalf of All Others Similarly Situated, | :   1:03-cv-12628 (NG) |
| Plaintiff, | :   RELATED ACTIONS: |
| | :      1:04-cv-10046 (NG) |
| | :      1:04-cv-10055 (NG) |
| vs. | :      1:04-cv-10065 (NG) |
| | :      1:04-cv-10077 (NG) |
| BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, and RONALD F. RICHARDS, | :      1:04-cv-10078 (NG) |
| | :      1:04-cv-10090 (NG) |
| Defendants. | :      1:04-cv-10144 (NG) |
| | :      1:04-cv-10155 (NG) |
| | :      1:04-cv-10179 (NG) |
| | :      1:04-cv-10189 (NG) |
| | :      1:04-cv-10190 (NG) |
| | :      1:04-cv-10202 (NG) |
| | : |
| JOHN G. ESPOSITO, JR., Individually and On Behalf of All Others Similarly Situated, | : |
| | :   1:04-cv-10013 (NG) |
| Plaintiff, | : |
| vs. | : |
| BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, and RONALD F. RICHARDS, | : |
| Defendants. | : |
| JOSEPH L. KING, Individually and On Behalf of All Others Similarly Situated, | : |
| | :   1:04-cv-10038 (NG) |
| Plaintiff, | : |
| vs. | : |
| BIOPURE CORPORATION, THOMAS A. MOORE, CARL W. RAUSCH, and RONALD F. RICHARDS, | : |
| Defendants. | : |

## MOTION OF THE HOMEYER GROUP FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF CO-LEAD COUNSEL AND LIAISON COUNSEL

William E. Homeyer, Jr., William Kim, Gernot Buerger, Thomas Echlin, and Richard M.

Acuna (collectively, the "Homeyer Group" or "Movants"), by their counsel, hereby move this

Court for an Order: (i) consolidating the above-captioned actions; (ii) appointing the Homeyer

Group as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the

"PSLRA"); and (iii) approving the Homeyer Group's selection of Milberg Weiss Bershad Hynes

& Lerach LLP and Rabin, Murray & Frank LLP as Co-Lead Counsel, and Moulton & Gans, P.C.

as Liaison Counsel of the actions, pursuant to the PSLRA.  In support of this Motion, Movants

submit herewith a Memorandum of Law, a Declaration, and a [Proposed] Order.

REQUEST FOR ORAL ARGUMENT

Movants respectfully request oral argument on this motion.

DATED:      March 1, 2004
            Boston, Massachusetts

Respectfully submitted:

**MOULTON & GANS, P.C.**

By: _Nancy Freeman Gans_ (auth)
Nancy Freeman Gans, BBO #184540
33 Broad Street, Suite 1100
Boston, MA  02109-4216
Telephone:  (617) 369-7979

*Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD HYNES
& LERACH LLP**
Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was
served upon the attorney of record for each party
by mail (by hand) on ___3/1/04___

_Nancy Freeman Gans_
(auth)

**RABIN MURRAY & FRANK LLP**
Eric J. Belfi
275 Madison Avenue
New York, NY  10016
(212) 682-1818
(212) 682-1892

*Proposed Co-Lead Counsel*

**LAW OFFICES OF BRUCE G.
MURPHY**
Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL  32963
(772) 231-4202

*Attorney for Plaintiff*